# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARBARA RUTH CRAM,

        Plaintiff,

vs.

US INTERIOR,

        Defendant.

Case No. 2:16-cv-02870-JAD-CWH

**ORDER**

    Presently before the court is pro se Plaintiff Barbara Ruth Cram's Motion to Inform About Notice of Appeal (ECF No. 16), filed on May 5, 2017. In this motion, Ms. Cram states that "she needs the notice of appeal to include all points and authorities that you may have. And to include hearing the whole case here." (*Id.* at 1.) It is unclear to the court exactly what relief Ms. Cram is requesting in this motion, but it appears to relate to her appeal.

    Also before the court is Ms. Cram's Motion for Counsel (ECF No. 20), filed on May 8, 2017. Ms. Cram requests the appointment of an attorney, stating that "I was just raped hundred of times and can't pay. Can you assist me. I'm disheveled in my person and can't get dressed until midday. I can't get torture out of my mind and it was plentiful. I can't continue pro se." (*Id.* at 1-2.) Given that this case is closed and that Ms. Cram filed a notice of appeal (ECF No. 15) before requesting an attorney, the court understands Ms. Cram to be requesting an attorney for the purpose of her appeal.

    On August 15, 2017, the United States Court of Appeals for the Ninth Circuit dismissed Ms. Cram's appeal as frivolous. (Order (ECF No. 29).) Given that Ms. Cram's appeal has been dismissed, the court will deny her pending motions as moot.

/ / /

1     IT IS THEREFORE ORDERED that Plaintiff Barbara Ruth Cram's Motion to Inform About Notice of Appeal (ECF No. 16) is DENIED as moot.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Counsel (ECF No. 20) is DENIED as moot.

DATED: August 23, 2017

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**